ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHARLES MUHAMMED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07-00254 LJO |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| CHARLES MUHAMMED, ) | |
| Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the Trial Confirmation scheduled for October 3, 2008 be continued until October 17, 2008 at 8:30 a.m. in the above-entitled court.

The requested continuance is appropriate because additional time is needed to discuss the plea memorandum received from the prosecutor with Mr. Muhammed and Ms. Sanchez of the United States Attorney's Office. Due to the press of business, including an extensive number of hours researching and preparing the Appellant's Reply Brief in People. v. Barreto, Court of Appeal, Fifth Appellate District Case No. F054819, defense counsel has not and will not have sufficient time to thoroughly review the plea memorandum with Mr. Muhammed. Given Mr. Muhammed's age and the significant mandatory minimum sentence which will result from the offer, defense counsel requires the additional time requested to assure that Mr. Muhammed is fully apprised of all of the

1  consequences of the proposed settlement.

2      The parties also agree that any delay resulting from this continuance shall
3  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
4  3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 30, 2008      /s/ Kimberly Sanchez
                                       KIMBERLY SANCHEZ
                                       Assistant United States Attorney
                                       **This was agreed to by Ms. Sanchez via telephone on September 30, 2008**

DATED:  September 30, 2008      /s/ Roger K. Litman
                                       ROGER K. LITMAN
                                       Attorney for Defendant
                                       CHARLES MUHAMMED

The Court accepts the stipulation to continue the trial confirmation for defendant Charles Muhammad as good cause.  The trial confirmation will be continued to Friday, October 31, 2008 at 8:30 a.m., since the Court will not be available until that date.

IT IS SO ORDERED.

**Dated:   September 30, 2008**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE