McGREGOR W. SCOTT
United States Attorney
KIMBERLEY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-00254 LJO |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| CHARLES MUHAMMAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Charles Muhammad it is hereby

   ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 21 U.S.C. § 853, defendant Charles Muhammad's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)  $8,773.00 in U.S. Currency seized from a safe in the master bedroom at 2584 Walnut Street, Fresno, California on October 3, 2007; and

   b)  $19,010.00 in U.S. Currency seized from Unit 336 at Derrell's Mini Storage at 3330 E. Tulare, Fresno, California on October 3, 2007.

1     2.  The above-listed property constitutes property that is proceeds of a violation of 21 U.S.C. § 841(a)(1).

    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

    4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

       b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

1 | Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all
2 | interests will be addressed.
3 | IT IS SO ORDERED.

**Dated:   December 10, 2008**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE