# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | CASE NO. 1:07-CR-00254 LJO |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| CHARLES MUHAMMAD, | |
| Defendant. | |

The Court has received and reviewed a document entitled "Statement to Reason" dated November 24, 2008. In spite of its date, the document was received by the Clerk's Office on December 5, 2008, the same date as the hearing on the matter on December 5, 2008. The Court saw the writing for the first time on December 10, 2008. In spite of the Court's not having the writing at the hearing on the defendant's request for new counsel, there is nothing in the writing that was not conveyed to the Court by the defendant during the closed hearing on December 5, 2008.

The Court has already ruled on the Defendant's request for new counsel by denying it for the reasons stated on the record in open Court. The Court will nonetheless order that the writing be filed and SEALED (due to the confidential, attorney-client issues that are to be properly protected).

IT IS SO ORDERED.

Dated: December 11, 2008

Honorable Lawrence J. O'Neill
U.S. District Judge