ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHARLES MUHAMMED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07-00254 LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CHARLES MUHAMMED, | |
| Defendant. | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that Sentencing scheduled for January 23, 2009 be continued until February 27, 2009 at 8:30 a.m. in the above-entitled court.

    Mr. Muhammed's differences with his counsel resulted in his request for a hearing before the court. That hearing occurred on December 5, 2008. Because the hearing was pending, it was necessary to postpone Mr. Muhammed's interview by the probation officer.

    The probation officer has requested that this continuance be requested in order that she would be afforded sufficient time to interview Mr. Muhammed and obtain the necessary information to submit a report to the court.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1

1
2  DATED: December 16, 2008          /s/ Kimberly Sanchez_____ __
                                    KIMBERLY SANCHEZ
3                                   Assistant United States Attorney
                                    **This was agreed to by Ms. Sanchez**
4                                   **in person on December 15, 2008**

5
6  DATED:  December 16, 2008         /s/ Roger K. Litman
                                    ROGER K. LITMAN
7                                   Attorney for Defendant
                                    CHARLES MUHAMMED
8
9  Good cause exists for the requested continuance.

10
   IT IS SO ORDERED.
11
   **Dated:   December 17, 2008**            /s/ **Lawrence J. O'Neill**
12                                           UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2