ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, CHARLES MUHAMMED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  07-00254 LJO |
|     Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| CHARLES MUHAMMED, ) | |
|     Defendant. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that Sentencing scheduled for February 27, 2009 be continued until March 27, 2009 at 8:30 a.m. in the above-entitled court.

On February 5, 2009, defense counsel and the probation officer engaged in lengthy telephone conference wherein defense counsel enumerated numerous informal objections to the draft probation report.  At the request of the probation officer, defense counsel, on February 6, 2009, provided the probation officer with copies of his notes and notations on the draft probation report.  The probation officer agreed that a continuance to March 27, 2009 would afford her adequate time to investigate the informal objections and respond to defense counsel.  court.

In addition, defense counsel will be leaving on vacation on February 8, 2009, and returning on February 20, 2009.  The additional time will afford defense counsel an opportunity to timely file formal objections, should any be needed.

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: February 6, 2009       /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              **This was agreed to by Ms. Sanchez in person on February 6, 2009**

DATED:  February 6, 2009      /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              CHARLES MUHAMMED

GOOD CAUSE EXISTS FOR THE REQUESTED/STIPULATED CONTINUANCE.  IT IS GRANTED, AS REQUESTED.

IT IS SO ORDERED.

**Dated:   February 6, 2009**              /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2