1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for CHARLES MUHAMMAD

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )   Case No. 1:07-cr-00254-LJO
                                    )
10          Plaintiff,              )
                                    )   MOTION TO PREPARE
11     vs.                          )   REPORTER'S TRANSCRIPT
                                    )   OF SEALED RECORD
12  CHARLES MUHAMMAD,               )
                                    )
13          Defendant.              )
    _____)

            Defendant Charles Muhammad, through his attorney, Daniel A. Bacon, hereby requests that the Hon. Lawrence J. O'Neill, United States District Judge, order court reporter Gail Thomas to prepare a transcript of a hearing held on December 5, 2008, listed as No. 176 on the docket entry in the above-entitled matter. This transcript was ordered sealed by this court. This motion will be based upon this notice, on the attached declaration of Daniel A. Bacon, as well as all records and files

    Dated: April 20, 2009.

                                         /s/ Daniel A. Bacon
                                        DANIEL A. BACON, Attorney for Defendant
                                        CHARLES MUHAMMAD

```
 1  DANIEL A. BACON 065099
    Attorney at Law
 2  5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
 3  Telephone: (559) 241-7000

 4  Attorney for CHARLES MUHAMMAD

 5

 6                    UNITED STATES DISTRICT COURT

 7                    EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,      )  Case No. 1:07-cr-00254-LJO
                                   )
10         Plaintiff,              )  DECLARATION OF DANIEL A. BACON
                                   )  IN SUPPORT OF MOTION TO
11    vs.                          )  PREPARE REPORTER'S TRANSCRIPT
                                   )  OF SEALED RECORD
12  CHARLES MUHAMMAD,              )
                                   )
13         Defendant.              )
                                   )
14  _____ )
```

15    I, Daniel A. Bacon, declare and state as follows:

16    That I am an attorney licensed to practice law in the State of California and

17 before the U.S. District Court for the Eastern District of California.

18    That I was appointed to represent defendant Charles Muhammad on April 2,

19 2009, substituting in as attorney of record for his prior counsel, Roger K. Litman.

20    Attorney Litman had requested to withdraw as attorney of record due to

21 Mr. Muhammad's request to withdraw his plea, which caused a conflict of interest

22 between Mr. Litman and the defendant.

23    That I have reviewed a portion of the file, including the docket, and learned

24 that a hearing was had on December 5, 2008, at which time Mr. Muhammad apparently

25 set forth his reasons for wanting new counsel and/or to withdraw his plea.

26    That in order to adequately represent Mr. Muhammad, it is necessary that

27 I review the transcript of this hearing.

28    That I request this court order the court reporter, Gail Thomas, to prepare

1  a transcript of the December 5, 2008 hearing, and further request that the court order that
2  the transcript is not to be disseminated to any person other than the defendant, his
3  counsel, and Assistant U.S. Attorney Kevin Rooney.
4  I declare under penalty of perjury that the foregoing is true and correct.
5  Executed this 20th day of April, 2009, at Fresno, California.

  /s/ Daniel A. Bacon
  DANIEL A. BACON, Attorney for Defendant
  CHARLES MUHAMMAD

1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for CHARLES MUHAMMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-00254-LJO |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO PREPARE REPORTER'S TRANSCRIPT OF SEALED RECORD |
| CHARLES MUHAMMAD, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that court reporter Gail Thomas prepare a transcript of the December 5, 2008 hearing in the within matter, and that the transcript not to be disseminated to any person other than the defendant, his counsel, and Assistant U.S. Attorney Kevin Rooney.

IT IS SO ORDERED.

**Dated:   April 21, 2009**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Motion to Prepare Reporter's Transcript Of Sealed Record          4