```
 1  DANIEL A. BACON 065099
    Attorney at Law
 2  5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
 3  Telephone: (559) 241-7000

 4  Attorney for CHARLES MUHAMMAD

 5

 6              UNITED STATES DISTRICT COURT

 7              EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,  )  Case No. 1:07-cr-00254-LJO
                               )
10          Plaintiff,         )
                               )  APPLICATION AND ORDER TO
11      vs.                    )  EXTEND TIME TO FILE MOTION
                               )  TO WITHDRAW PLEA
12  CHARLES MUHAMMAD,          )
                               )
13          Defendant.         )
    _____)
```

14         Defendant Charles Muhammad, through his attorney, Daniel A. Bacon, hereby respectfully requests the court for an additional four weeks in which to file defendant's motion to withdraw his plea, currently scheduled to be filed on May 1, 2009, to the date of May 29, 2009. In addition, the defendant requests that the government be given an additional three weeks to respond, to the date of June 19, 2009, and the hearing on the matter to be held on June 26, 2009 at the hour of 9:00 AM before the Hon. Lawrence J. O'Neill.

           This application is based upon the declaration of Daniel A. Bacon attached hereto.

Dated: May 1, 2009.

                                         /s/ Daniel A. Bacon
                                        DANIEL A. BACON, Attorney for Defendant
                                        CHARLES MUHAMMAD

```
 1  DANIEL A. BACON 065099
    Attorney at Law
 2  5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
 3  Telephone: (559) 241-7000

 4  Attorney for CHARLES MUHAMMAD

 5

 6                    UNITED STATES DISTRICT COURT

 7                    EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,        )  Case No. 1:07-cr-00254-LJO
                                     )
10              Plaintiff,           )  DECLARATION OF DANIEL A. BACON
                                     )  IN SUPPORT OF APPLICATION FOR
11       vs.                         )  EXTENSION OF TIME TO FILE
                                     )  MOTION TO WITHDRAW PLEA
12  CHARLES MUHAMMAD,                )
                                     )
13              Defendant.           )
                                     )
14  _____

15              I, Daniel A. Bacon, declare and state as follows:

16              That I am an attorney licensed to practice law in the State of California, and

17  before the United States District Court for the Eastern District of California.

18              That on or about April 3, 2009, I was appointed by the Hon. Lawrence J.

19  O'Neill to represent Mr. Muhammad for the purpose of preparing and filing a motion to

20  withdraw his plea. In that regard, the court scheduled my opening brief to be filed with

21  the court on May 1, 2009, with a government response due May 22, 2009, and the

22  hearing scheduled for May 29, 2009.

23              Immediately after being appointed in this case, I met with attorney Roger

24  Litman, and discussed the issues involved, and was provided a few of the documents

25  from the file, including the change of plea form.

26              Thereafter, I met with Mr. Muhammad, and learned that there may be other

27  issues involved in his motion to withdraw his plea, and therefore requested a transcript

28  be prepared of the change of plea colloquy that took place between Mr. Muhammad and
```

1  the court on October 31, 2008.

2  It was also necessary for me to prepare a short motion to have the court
3  order the sealed transcript be prepared of Mr. Muhammad's discussions with the court
4  regarding the representation provided to him by Mr. Litman. The court signed that order,
5  but I did not receive the transcript until April 30, 2009.

6  In addition to the foregoing, I have requested and received from Mr. Litman
7  the entire file, as I believe it is necessary for me to review certain information that is
8  contained within the factual basis of the plea, as there may be issues relevant to
9  Mr. Muhammad's motion to withdraw his plea contained therein.

10  Due to the additional matters I believe may be relevant, I cannot prepare the
11  motion by the scheduled date of May 1, 2009.

12  That I spoke with the duty officer, Assistant United States Attorney Marlon
13  Cobar, who informed me that he spoke by telephone with A.U.S.A. Kevin Rooney, who
14  agrees to the proposed extension of time and the dates requested.

15  That no prejudice will result to the government, as Mr. Muhammad presently
16  is in custody and the probation report in the matter has already been prepared.

17  That the defendant proposes that this court allow him to file his motion to
18  withdraw plea on or before May 29, 2009, that the government file their response by June
19  19, 2009, and that the hearing of this matter, be held on Friday, June 26, 2009, at the
20  hour of 9:00 AM.

21  I declare under penalty of perjury that the foregoing is true and correct.
22  Executed this 1st day of May, 2009, at Fresno, California.

Respectfully submitted,

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for Defendant
CHARLES MUHAMMAD

1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for CHARLES MUHAMMAD

6                UNITED STATES DISTRICT COURT
7                EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,      )   Case No. 1:07-cr-00254-LJO
10            Plaintiff,           )
                                   )   ORDER TO GRANT ADDITIONAL
11       vs.                       )   TIME TO FILE MOTION TO
                                   )   WITHDRAW PLEA
12 CHARLES MUHAMMAD,               )
13            Defendant.           )
   _____  )

         IT IS HEREBY ORDERED that Defendant Charles Muhammad may have an additional four weeks in which to file his motion to withdraw his plea, currently scheduled to be filed on May 1, 2009, to the date of May 29, 2009, that the government may have an additional three weeks to respond, to the date of June 19, 2009, and the hearing on the matter to be held on June 26, 2009 at the hour of 9:00 AM before the Hon. Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   May 1, 2009**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE