| | |
|---|---|
| 1 | **DANIEL A. BACON** 065099<br>Attorney at Law |
| 2 | 5200 North Palm Avenue, Suite 408<br>Fresno, California 93704-2225 |
| 3 | Telephone: (559) 241-7000 |
| 4 | Attorney for CHARLES MUHAMMAD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-cr-00254-LJO |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO WITHDRAW PLEA AND FOR HEARING THEREON |
| CHARLES MUHAMMAD, | ) | |
| Defendant. | ) | |

Defendant Charles Muhammad, through his attorney, Daniel A. Bacon, hereby respectfully requests the court for an additional four weeks in which to file defendant's motion to withdraw his plea, currently scheduled to be filed on May 29, 2009, to the date of June 26, 2009. In addition, the defendant requests that the government be given additional time to respond, to the date of July 17, 2009, with the hearing on the matter to be held on July 31, 2009 at the hour of 9:00 AM before the Hon. Lawrence J. O'Neill.

This application is based upon the declaration of Daniel A. Bacon attached hereto.

Dated: May 29, 2009.

    /s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for Defendant
CHARLES MUHAMMAD

Dated: May 29, 2009.    McGREGOR W. SCOTT

By:  /s/ Kimberly Sanchez
ASSISTANT UNITED STATES ATTORNEY

1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm Avenue, Suite 408
   Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for CHARLES MUHAMMAD

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,         )  Case No. 1:07-cr-00254-LJO
                                     )
10              Plaintiff,           )  DECLARATION OF DANIEL A. BACON
                                     )  IN SUPPORT OF STIPULATION TO
11       vs.                         )  EXTEND TIME TO FILE MOTION
                                     )  TO WITHDRAW PLEA AND FOR
12 CHARLES MUHAMMAD,                 )  HEARING THEREON
                                     )
13              Defendant.           )
                                     )
14 _____

15       I, Daniel A. Bacon, declare and state as follows:

16       That I am an attorney licensed to practice law in the State of California, and

17 before the United States District Court for the Eastern District of California.

18       That on or about April 3, 2009, I was appointed by the Hon. Lawrence J.

19 O'Neill to represent Mr. Muhammad for the purpose of preparing and filing a motion to

20 withdraw his plea. In that regard, the court scheduled my opening brief to be filed with

21 the court on May 1, 2009, with a government response due May 22, 2009, and the

22 hearing scheduled for May 29, 2009.

23       Immediately after being appointed in this case, I met with attorney Roger

24 Litman, and discussed the issues involved, and was provided a few of the documents

25 from the file, including the change of plea form.

26       Thereafter, I met with Mr. Muhammad, and learned that there may be other

27 issues involved in his motion to withdraw his plea, and therefore requested a transcript

28 be prepared of the change of plea colloquy that took place between Mr. Muhammad and

1  the court on October 31, 2008.

2  It was also necessary for me to prepare a short motion to have the court
3  order the sealed transcript be prepared of Mr. Muhammad's discussions with the court
4  regarding the representation provided to him by Mr. Litman. The court signed that order,
5  but I did not receive the transcript until April 30, 2009.

6  In addition to the foregoing, I have requested and received from Mr. Litman
7  the entire file, as I believe it is necessary for me to review certain information that is
8  contained within the factual basis of the plea, as there may be issues relevant to
9  Mr. Muhammad's motion to withdraw his plea contained therein.

10  That I received Mr. Litman's entire file, which included several CDs of
11  wiretapped conversations, as well as police and surveillance reports of Mr. Muhammad.

12  In order to properly advise Mr. Muhammad as to the consequences of a
13  motion to withdraw his plea and also to adequately prepare said motion, it was necessary
14  for me to review much of the file, including many recorded conversations.

15  I have met with Mr. Muhammad on several occasions, and have explained
16  to him the ramifications should the court either grant or deny the motion to withdraw his
17  plea.

18  I met with Assistant U.S. Attorney Kimberly Sanchez, and explained to her
19  that it was my belief that a discussion among Ms. Sanchez, Mr. Litman and myself could
20  very well resolve the issue. Ms. Sanchez agreed that she would be willing to meet with
21  us and discuss a potential resolution.

22  I also discussed the matter with Mr. Litman, who agreed that he would meet
23  with Ms. Sanchez and me, and perhaps Mr. Muhammad.

24  I spoke with AUSA Sanchez, and she agreed that the matter should be
25  continued so that the parties might possible resolve the matter without the need to file a
26  motion to withdraw the plea.

27  For these reasons, we are stipulating to continue the matter to the dates set
28  forth herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29TH day of May, 2009, at Fresno, California.

Respectfully submitted,

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for Defendant
CHARLES MUHAMMAD

```
 1  DANIEL A. BACON 065099
    Attorney at Law
 2  5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
 3  Telephone: (559) 241-7000

 4  Attorney for CHARLES MUHAMMAD

 5

 6                    UNITED STATES DISTRICT COURT

 7                   EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,      )   Case No. 1:07-cr-00254-LJO
                                   )
10          Plaintiff,             )
                                   )   ORDER TO EXTEND TIME TO
11      vs.                        )   FILE MOTION TO WITHDRAW PLEA
                                   )   AND FOR HEARING THEREON
12  CHARLES MUHAMMAD,              )
                                   )
13          Defendant.             )
    _____)
14
             IT IS HEREBY ORDERED that Defendant Charles Muhammad may have
15
    an additional four weeks in which to file his motion to withdraw his plea, currently
16
    scheduled to be filed on May 29, 2009, to the date of June 26, 2009, that the government
17
    may have additional time to respond, to the date of July 17, 2009, with the hearing on the
18
    matter to be held on July 31, 2009 at the hour of 9:00 AM before the Hon. Lawrence J.
19
    O'Neill. Good cause is found in the declaration of Counsel Bacon.
20

21  IT IS SO ORDERED.
22  **Dated:   May 29, 2009**              /s/ Lawrence J. O'Neill
23                                       UNITED STATES DISTRICT JUDGE
```