BENJAMIN B. WAGNER
United States Attorney
KIMBERLEY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00254-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CHARLES MUHAMMAD, | |
| Defendant. | |

WHEREAS, on December 11, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Charles Muhammad forfeiting to the United States the following property:

    a)    $8,773.00 in U.S. Currency seized from a safe in the master bedroom at 2584 Walnut Street, Fresno, California on October 3, 2007; and

    b)    $19,010.00 in U.S. Currency seized from Unit 336 at Derrell's Mini Storage at 3330 E. Tulare, Fresno, California on October 3, 2007.

AND WHEREAS, Beginning December 17, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Charles Muhammad.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   January 8, 2010              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE